# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

128381

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

AFCON, INC.,
        Plaintiff,

v

                                        SC: 128381
                                        COA: 250100
ELLIS-DON MICHIGAN, INC.,           Wayne CC: 02-203629-NZ
        Defendant/Garnishee-Plaintiff/
        Appellant,

and

LIBERTY MUTUAL INSURANCE COMPANY,
        Garnishee-Defendant/Appellee.

_____/

      On order of the Court, the application for leave to appeal the February 22, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005 _____            _____

p1121                                                     Clerk